SEDGWICK LLP
REBECCA A. HULL, (Bar No. 99802)
rebecca.hull@sedgwicklaw.com
DENISE TRANI-MORRIS (Bar No. 127879)
denise.trani-morris@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

ERIC BUCHANAN & ASSOC., PLLC
JEREMY L. BORDELON (Bar No. 028181)
jbordelon@buchananddisability.com
414 McCallie Ave.
Chattanooga, TN 37402
Telephone: 877.634.2506
Facsimile: 423.634.2505

Attorney for Plaintiff
MARCO DE MEDICI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCO DE MEDICI,<br><br>PLAINTIFF,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, ET AL.<br><br>DEFENDANT. | Case No. 15-CV-3126<br><br>STIPULATION TO CONTINUE MEDIATION AND MOTION RELATED DEADLINES |

1    The Parties, by and through their respective counsel of record, stipulate to continue the discovery cut-off date and motion related deadlines as follows:

1. This is an ERISA benefits case. On October 6, 2015, the Court conducted a Case Management Conference setting the following deadlines: (a) a mediation completion deadline of January 29, 2016, (b) the hearing date for cross motions is June 22, 2016 and (c) a further case management conference is set for May 3, 2016.

2. The Parties have been informally discussing resolution of the case but have not yet resolved it although they are hopeful of doing so.

3. The Parties now seek the Court's approval to continue the pending mediation and motion deadline, as well the related briefing date, to permit the parties to mediate the case.

4. The Parties have obtained a mediation date with a mutually agreed mediator, to take place on March 21, 2016.

5. In order to preserve judicial economy and party resources by avoiding potentially unnecessary expenditures of time, the Parties request that (a) the mediation deadline be extended to March 21, 2016, and (b) the hearing date be extended 60 days to August 22, 2016, or a date thereafter at the Court's convenience, with the opposition brief due two weeks prior to that date and the reply brief, if any, due one week prior to that date.

**IT IS SO STIPULATED.**

DATED: February 1, 2016    SEDGWICK LLP

By: /s/ Denise Trani-Morris
Rebecca A. Hull
Denise Trani-Morris
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY

DATED: February 1, 2016    MORGAN & PAUL, PLLC

By: /s/ Jeremy L. Bordelon
Jeremy L. Bordelon
Attorneys for Plaintiff
MARCO DE MEDICI

## ORDER

Having read the foregoing Stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED. The hearing date for cross motions is continued to August 24, 2016.

DATED: February 2, 2016

_____
HONORABLE WILLIAM H. ORRICK