UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO DE MEDICI,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 15-cv-03126-WHO

**ORDER OF DISMISSAL**

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 28, 2016



WILLIAM H. ORRICK
United States District Judge